IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ISRAEL RONDON, | CASE NO.  1:13 CV 1678 |
| Plaintiff, | |
| | JUDGE DAVID D. DOWD, JR. |
| v. | |
| MIDDLEBURG HTS.–BEREA BUILDING DEPT., | **MEMORANDUM OPINION AND ORDER** |
| Defendant. | |

On August 2, 2013, *pro se* plaintiff Israel Rondon, filed this action against the Middleburg Heights – Berea Building Department.  While the Complaint is unclear, Plaintiff appears to assert that Defendant intimidated and coerced him into executing a commercial contract, to wit: "a 1 year BMV License Plates Contract."  (Compl. at 2.)

Principles requiring generous construction of *pro se* pleadings are not without limits. *Beaudett v. City of Hampton*, 775 F.2d 1274, 1277 (4th Cir. 1985).  Even given the most liberal construction, the Complaint does not contain allegations remotely suggesting Plaintiff might have a valid federal claim, or even that there is a reasonable basis for this Court's jurisdiction. This case is therefore appropriately subject to summary dismissal.  *Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *see, Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974) (citing numerous Supreme

(1:13 CV 1678)

Court cases for the proposition that attenuated or unsubstantial claims divest the district court of jurisdiction); *see also, In re Bendectin Litig.*, 857 F.2d 290, 300 (6th Cir. 1988) (recognizing that federal question jurisdiction is divested by unsubstantial claims).

 Accordingly, this action is dismissed.

 IT IS SO ORDERED.


October 15, 2013          s/David D. Dowd, Jr.
Date              David D. Dowd, Jr.
               U.S. District Judge