IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ISRAEL RONDON, ) | CASE NO. 1:13 CV 1678 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE DAVID D. DOWD, JR. |
| v. ) | |
| ) | |
| MIDDLEBURG HTS.–BEREA ) | |
| BUILDING. DEPT., ) | **JUDGMENT ENTRY** |
| ) | |
| Defendant. ) | |

For the reasons contained in the Memorandum Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is DISMISSED.

Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

| | |
|---|---|
| October 15, 2013 | s/David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |